JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN EVANGELISTA CASTRO, | Case No. 2:24-cv-04910-AB-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRYAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 21, 2025

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE